September 11, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SHELL TRADING (US) COMPANY, Appellant

NO. 14-11-00289-CV                          V.

LION OIL TRADING & TRANSPORTATION, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Lion Oil Trading & Transportation, Inc., signed, April 1, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Shell Trading (US) Company, to pay all costs incurred in this appeal. We further order this decision certified below for observance.